No. 97. BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* BOSTON & MAINE RAILROAD ET AL., 373 U. S. 372;

No. 98. MARYLAND PORT AUTHORITY ET AL. *v.* BOSTON & MAINE RAILROAD ET AL., 373 U. S. 372;

No. 99. INTERSTATE COMMERCE COMMISSION *v.* BOSTON & MAINE RAILROAD ET AL., 373 U. S. 372; and

No. 1046. HOLOVACHKA *v.* UNITED STATES, *ante,* p. 809. Petitions for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of these petitions.

No. 77, Misc. STEVENSON *v.* UNITED STATES, 371 U. S. 835, 936. Motion for leave to file a second petition for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion.